**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CENTERSTATE BANK OF FLORIDA, N.A.,

    Plaintiff,

v.                                        Case No: 6:17-cv-2205-Orl-40GJK

ALEXANDER BARHATKOV, SUKASHA NANKOO, SPRING LAKE ASSOCIATION, INC. and UNKNOWN TENANT(S),

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Appeal in Forma Pauperis (Doc. 13) filed on January 10, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 22, 2018 (Doc. 15), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Appeal in Forma Pauperis (Doc. 13) is **DENIED**.

3. The Court **CERTIFIES** that Mr. Barhatkov's appeal is not taken in good faith.

4. The Clerk is **DIRECTED** to notify the Eleventh Circuit in accordance with Fed. R. App. P. 24(a)(4).

**DONE AND ORDERED** in Orlando, Florida on March 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties